# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 19-143-JWD-RLB |
| | : | |
| SALEEM YOUSEF DABIT | : | |
| a/k/a "Sam Dabit" | : | |

## UNITED STATES' MOTION IN LIMINE
## TO EXCLUDE EVIDENCE OF OTHER ARSONS

**NOW COMES** the United States of America, by Ronald C. Gathe, Jr., United States Attorney for the Middle District of Louisiana, through the undersigned Assistant United States Attorneys, who respectfully moves the Court to exclude evidence of other arsons committed in Baton Rouge.

Respectfully submitted this 13th day of January, 2023.

UNITED STATES OF AMERICA, by

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

/s/ M. Patricia Jones
M. Patricia Jones, LBN 18543
Caroline B. Gardner, LBN 33842
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: caroline.gardner@usdoj.gov