All_Fires

| DATE | INC. | VFD | ADDRESS | CAUSE |
|---|---|---|---|---|
| 01/01/18 | 18-112 | | 3300 SHERWOOD FOREST DR | ARSON |
| 01/01/18 | 18-35 | | 1835 POCAHONTAS ST | UNDETERMINED |
| 01/02/18 | 18-123 | | 2355 78TH AVE | UNDETERMINED |
| 01/03/18 | 18-258 | | 1067 CENTRAL RD | ARSON |
| 01/03/18 | 18-322 | | 1251 N ARDENWOOD | ARSON |
| 01/03/18 | 18-306 | | 33579 VICTORIA DR | ARSON |
| 01/03/18 | 18-309 | | 8212 AIRLINE HWY | UNDETERMINED |
| 01/03/18 | 18-331 | ZFD | 20120 HWY 19 #33 | UNDETERMINED |
| 01/04/18 | 18-348 | | 1849 SNIPE ST | INCENDIARY |
| 01/04/18 | 18-436 | | 3974 IROQUOIS ST | UNDETERMINED |
| 01/04/18 | 18-336 | | 4445 ALVIN DARK AVE | UNDETERMINED |
| 01/07/18 | 18-640 | | 8552 PARIS | UNDETERMINED |
| 01/08/18 | 18-767 | | 3730 WINBORNE AVE | ARSON |
| 01/09/18 | 18-956 | | 1232 ASHBORNE DR | UNDETERMINED |
| 01/12/18 | 18-1161 | | 4343 SUMARALL DR | UNDETERMINED |
| 01/13/18 | 18-1309 | | 6061 PLANK RD #10 | UNDETERMINED |
| 01/14/18 | 18-1334 | | 655 SHARP LN | UNDETERMINED |
| 01/18/18 | 18-1773 | | 12353 MOLLY LEA DR | UNDETERMINED |
| 01/19/18 | 18-1842 | | 588 W GARFIELD ST | ARSON |
| 01/20/18 | 18-1921 | SG | 8038 SKYSAIL | ARSON |
| 01/21/18 | 18-1995 | | 2925 ADDISON | ARSON |
| 01/22/18 | 18-2184 | | 4500 WELLS | UNDETERMINED |
| 01/23/18 | 18-2207 | CFD | 22952 GREENWELL SPRINGS RD | ARSON |
| 01/26/18 | 18-2563 | | 6112 LINDEN ST | ARSON |
| 01/27/18 | 18-2658 | | 4809 (B) CLAYTON DR | ARSON |
| 01/29/18 | 18-2846 | | 6112 LINDEN ST | ARSON |
| 01/29/18 | 18-2855 | | 1075 SPANISH TOWN | ARSON |
| 01/30/18 | 18-2916 | | 3516 N FOSTER DR | OTHER |
| 02/01/18 | 18-3076 | | 4250 BLOUNT RD | ARSON |
| 02/03/18 | 18-3230 | | 3685 DALTON | ARSON |
| 02/03/18 | 18-3280 | | 2147 SHERWOOD MEADOW | ARSON |
| 02/04/18 | 18-3310 | | 1936 DARBNEY | ARSON |
| 02/04/18 | 18-3350 | | 7185 GREENWELL ST | ARSON |
| 02/05/18 | 18-3465 | CFD | 12106 LANCEWOOD | UNDETERMINED |
| 02/05/18 | 18-3501 | | 1784 COUNTRY CLUB | UNDETERMINED |
| 02/09/18 | 18-3770 | | 3030 FAIRFIELDS | ARSON |
| 02/09/18 | 18-3783 | | 2006 N LITTLE JOHN | ARSON |
| 02/11/18 | 18-4031 | | 1824 SPANISHTOWN | ARSON |
| 02/11/18 | 18-4035 | | 2967 70TH AVE | ARSON |

Exhibit A

| Date | Number | Dist | Address | Classification |
|---|---|---|---|---|
| 02/12/18 | 18-4161 | | 8770 ELM GROVE GARDEN | ARSON |
| 02/14/18 | 18-4209 | | 8696 FLORLINE | ARSON |
| 02/14/18 | 18-4184 | | 2335 VERMONT ST | ARSON |
| 02/20/18 | 18-4712 | | 6224 ARBOR VITAE | ARSON |
| 02/20/18 | 18-4715 | | 2832 ILLINOIS | ARSON |
| 02/20/18 | 18-4752 | | 2251 S CAPITOL PARK | ARSON |
| 02/20/18 | 18-4750 | DIST6 | 3513 MARIBEL DR | ARSON |
| 02/21/18 | 18-4815 | DIST6 | 4164 VICTORIA | ARSON |
| 02/21/18 | 18-4829 | | 943 W GARFIELD | ARSON |
| 02/23/18 | 18-5080 | | 206 W ROOSEVELT ST | UNDETERMINED |
| 03/01/18 | 18-5590 | | 1915 ELLERSLIE DR | OTHER |
| 03/07/18 | 18-6081 | | 1644 SORA | ARSON |
| 03/07/18 | 18-6083 | | 5389 ANNETTE ST | UNDETERMINED |
| 03/08/18 | 18-6156 | | 6428 VILLA ASHLEY | ARSON |
| 03/08/18 | 18-6233 | | 4900 RITTERMAN | ARSON |
| 03/09/18 | 18-6297 | CHANEYV | 22494 REAMES | UNDETERMINED |
| 03/09/18 | 18-6251 | | 5030 CADILLAC | UNDETERMINED |
| 03/10/18 | 18-6370 | | 11590 N HARRELLS FERRY | ARSON |
| 03/10/18 | 18-6383 | | 8725 WILBUR ST #C | ARSON |
| 03/10/18 | 18-6382 | CFD | 12680 TALMADGE CRUMHOLT | UNDETERMINED |
| 03/12/18 | 18-6553 | | 10328 NELWYN DR | INCENDIARY |
| 03/12/18 | 18-6513 | DIST6 | 8177 HOOPER | UNDETERMINED |
| 03/13/18 | 18-6595 | | 801 SWAN AVE #28 | ARSON |
| 03/14/18 | 18-6723 | | 4500 BURBANK | OTHER |
| 03/19/18 | 18-7134 | | 10111 GWENDALE | ARSON |
| 03/19/18 | 18-7200 | | 6103 SMILEY | INCENDIARY |
| 03/20/18 | 18-7243 | | 12021 FLORIDA | ARSON |
| 03/22/18 | 18-6548 | | 1550 EDDIE ROBINSON | ARSON |
| 03/22/18 | 18-7444 | | 17626 S SPUR | OTHER |
| 03/24/18 | 18-7689 | | 770 E GARFIELD ST | ARSON |
| 03/24/18 | 18-7657 | | 2323 BROWNLEE ST | UNDETERMINED |
| 03/26/18 | 18-7893 | | 5158 PAIGE ST | ARSON |
| 04/03/18 | 18-8632 | | 14011 OAK BEND DR | ARSON |
| 04/03/18 | 18-8633 | | 8183 AIRLINE HWY | UNDETERMINED |
| 04/05/18 | 18-8718 | | 2629 GALVEZ ST | ARSON |
| 04/06/18 | 18-8877 | | 2188 N 75TH | ARSON |
| 04/06/18 | 18-8843 | | 4445 ALVIN DARK | UNDETERMINED |
| 04/07/18 | 18-8904 | | 10478 AVE H | UNDETERMINED |
| 04/08/18 | 18-8999 | | 7199 PRESCOTT RD | ARSON |
| 04/08/18 | 18-9071 | | 5800 ALEXANDER | ARSON |

All_Fires

| Date | Number | Unit | Address | Cause |
|---|---|---|---|---|
| 04/10/18 | 18-9282 | | 1400 E HARRISON DR | ARSON |
| 04/12/18 | 18-9376 | | 2263 FLORIDA ST | ARSON |
| 04/13/18 | 18-9452 | | 2135 TIMBERWOOD DR | ARSON |
| 04/13/18 | 18-9548 | | 419 TUSCALOOSA | ARSON |
| 04/15/18 | 18-9655 | | 568 W GARFIELD | ARSON |
| 04/15/18 | 18-9656 | | 1055 LONGWOOD | UNDETERMINED |
| 04/22/18 | 18-10266 | | 7015 AIRLINE HWY | UUNDETERMINED |
| 04/23/18 | 18-10360 | | 1855 BLVD DE PROVINCE | ARSON |
| 04/23/18 | 18-10361 | | 2829 WENANH | ARSON |
| 04/23/18 | 18-10353 | | 2434 GORE RD | ARSON |
| 04/24/18 | 18-10449 | | 5445 MADISON AVE | ARSON |
| 04/27/18 | 18-10782 | | 2933 DAYTON ST | ARSON |
| 04/27/18 | 18-10771 | | 4343 DENHAM ST | UNDETERMINED |
| 04/30/18 | 18-10967 | | 4542 WELLS | UNDETERMINED |
| 05/02/18 | 18-11184 | BAKER | 5120 LAVEY LN | ARSON |
| 05/03/18 | 18-11244 | | 5501 EVANGELINE | ARSON |
| 05/03/18 | 18-11316 | | 3033 HOLLYWOOD | UNDETERMINED |
| 05/04/18 | 18-11328 | | 3846 VICTORIA | UNDETERMINED |
| 05/08/18 | 18-11778 | | 5500 BYRON AVE | ARSON |
| 05/09/18 | 18-11812 | BAKER | 3063 MCHUGH | ARSON |
| 05/09/18 | 18-11871 | | 1632 SOUTH BLVD | UNDETERMINED |
| 05/09/18 | 18-11797 | | 5350 GREENWELL ST | UNDETERMINED |
| 05/09/18 | 18-11801 | DIST6 | 6233 MATTHEWS DR | UNDETERMINED |
| 05/10/18 | 18-11988 | | 4874 SHELLY ST | ARSON |
| 05/11/18 | 18-12005 | ESFD | 1765 O'NEAL LN | UNDETERMINED |
| 05/13/18 | 18-12264 | | 4050-B WINBOURNE | ARSON |
| 05/14/18 | 18-12269 | | 5635 ST KATHERINE | ARSON |
| 05/15/18 | 18-12494 | | 280 N LEO | ARSON |
| 05/15/18 | 18-12461 | | 4944 S SHERWOOD | ARSON |
| 05/17/18 | 18-12592 | | 9245 AIRLINE HWY | ARSON |
| 05/19/18 | 18-12843 | | 5138 E BROOKSTOWN | UNDETERMINED |
| 05/20/18 | 18-12916 | DIST6 | 8900 HOOPER RD | INCENDIARY |
| 05/20/18 | 18-12908 | CFD | 9990 CLOUDLAND | UNDETERMINED |
| 05/21/18 | 18-12946 | | 2275 RHODES | ARSON |
| 05/23/18 | 18-13198 | | 9830 OLD HAMMOND | ARSON |
| 05/24/18 | 18-13224 | | 4334 TUSCARORA | ARSON |
| 05/25/18 | 18-13319 | | 6576 BLUEGRASS | ARSON |
| 05/27/18 | 18-13492 | | 7158 HOOPER | ARSON |
| 05/28/18 | 18-13620 | | 5428 MONARCH | ARSON |
| 05/29/18 | 18-13677 | | 4968 UNDERWOOD AVE | ARSON |

All_Fires

| Date | Number | Code | Address | Classification |
|------|--------|------|---------|----------------|
| 05/29/18 | 18-13743 | | 3043 CARLSBAD | ARSON |
| 05/30/18 | 18-13772 | | 14041 WINDWOOD | ARSON |
| 05/31/18 | 18-13890 | | 252 CLOUD ST | UNDETERMINED |
| 06/02/18 | 18-14120 | | 2145 BATEMAN CT | ARSON |
| 06/03/18 | 18-14212 | DIST6 | 7200 PRESCOTT RD | ARSON |
| 06/07/18 | 18-14598 | | 5355 BANKS ST | ARSON |
| 06/10/18 | 18-14843 | | 3200 HARDING | ARSON |
| 06/10/18 | 18-14859 | | 10950 DARYL DR | UNDETERMINED |
| 06/11/18 | 18-14925 | | 2900 SHERWOOD | ARSON |
| 06/11/18 | 18-14957 | PRIDE | 17000 ALPHONSE FORBES | ARSON |
| 06/11/18 | 18-14883 | | 111 LOBDELL AVE | ARSON |
| 06/11/18 | 18-14948 | | 8317 AIRLINE | UNDETERMINED |
| 06/12/18 | 18-15100 | | 3921 ELM | ARSON |
| 06/13/18 | 18-15104 | | 10319 BLACK OAK | ARSON |
| 06/13/18 | 18-15157 | | 2600 CHOCTAW | UNDETERMINED |
| 06/14/18 | 18-15208 | DIST6 | 5304 SIVERLEAF | ARSON |
| 06/15/18 | 18-15307 | | 3000 MONTE SANO | ARSON |
| 06/15/18 | 18-15309 | CFD | 12500 CAREY | ARSON |
| 06/16/18 | 18-15393 | | 8900 CORTANA PLACE | ARSON |
| 06/18/18 | 18-15579 | | 3322 CHIPPEWA ST | ARSON |
| 06/19/18 | 18-15747 | | 1951 NEBRASKA ST | ARSON |
| 06/19/18 | 18-15742 | CFD | 11026 LANDFAIR AVE | UNDETERMINED |
| 06/22/18 | 18-15998 | | 10666 SCOTLAND AVE | UNDETERMINED |
| 06/23/18 | 18-16010 | | 5676 FREY ST | ARSON |
| 06/23/18 | 18-16011 | BAKER | 4900 BLOUNT | UNDETERMINED |
| 06/25/18 | 18-16175 | | 4052 NORTH ST | ARSON |
| 06/28/18 | 18-16471 | | 3678 ONTARIO ST | UNDETERMINED |
| 06/29/18 | 18-16685 | | 2500 PHLOX ST | ARSON |
| 06/29/18 | 18-16677 | | 11585 N HARRELLS FERRY | INCENDIARY |
| 06/30/18 | 18-16776 | | 2800 CEDAR | UNDETERMINED |
| 07/01/18 | 18-16868 | | 10422 OLD HAMMOND | ARSON |
| 07/05/18 | 18-17205 | | 9828 AIRLINE HWY | ARSON |
| 07/06/18 | 18-17303 | DIST6 | 7735 SUMMER PLACE AVE | UNDETERMINED |
| 07/07/18 | 18-17440 | BFVD | 14503 PLANK | INCENDIARY |
| 07/07/18 | 18-17480 | BAKER | 6986 KENT | INCENDIARY |
| 07/09/18 | 18-17596 | | 5255 HIGHLAND | ARSON |
| 07/10/18 | 18-17689 | | 3139 DALTON | ARSON |
| 07/10/18 | 18-17690 | | 4900 WINBORNE AVE | ARSON |
| 07/11/18 | 18-17768 | | 6454 AIRLINE | OTHER |
| 07/13/18 | 18-17969 | | 4252 MOHICAN PRESCOTT | ARSON |

All_Fires

| Date | Case # | Dept | Address | Cause |
|---|---|---|---|---|
| 07/13/18 | 18-18043 | | 3500 NORTH ST | ARSON |
| 07/14/18 | 18-18063 | | 7124 ALBANY ST | ARSON |
| 07/15/18 | 18-18159 | | 1950 CAROLINA ST | UNDETERMINED |
| 07/17/18 | 18-18335 | PVFD | 15201 TOM DREHER | INCENDIARY |
| 07/19/18 | 18-18483 | | 2750 ALASKA | ARSON |
| 07/20/18 | 18-18608 | | 9400 JONES ST | UNDETERMINED |
| 07/22/18 | 18-18780 | | 6161 MONARCH AVE | OTHER |
| 07/23/18 | 18-18974 | | 11375 STAN AVE | UNDETERMINED |
| 07/24/18 | 18-19076 | | 6454 AIRLINE | INCENDIARY |
| 07/24/18 | 18-19050 | | 5563 FREY ST | INCENDIARY |
| 07/25/18 | 18-19098 | | 3006 CALUMET | ARSON |
| 07/25/18 | 18-19148 | CHANEYV | 23880 HUGGINS | OTHER |
| 07/25/18 | 18-19096 | | 6166 FLORIDA BLVD | UNDETERMINED |
| 08/01/18 | 18-19816 | | 1763 STANOCOLA DR | ARSON |
| 08/01/18 | 18-19786 | | 10950 DARRYL | OTHER |
| 08/02/18 | 18-19833 | | 573 PAIGE ST | UNDETERMINED |
| 08/03/18 | 18-19901 | PVFD | 16929 PRIDE BAYWOOD RD | UNDETERMINED |
| 08/05/18 | 18-20099 | | 2132 GEORGIA ST | ARSON |
| 08/06/18 | 18-20260 | | 3600 HIAWATHA | ARSON |
| 08/06/18 | 18-20193 | | 373 COMMUNITY COLLEGE | OTHER |
| 08/08/18 | 18-20470 | | 2100 N 19TH | ARSON |
| 08/08/18 | 18-20411 | | 3605 WENONAH ST | ARSON |
| 08/08/18 | 18-20442 | | 2905 TECUMSEH | OTHER |
| 08/09/18 | 18-20481 | | 1138 N FOSTER #215 | ARSON |
| 08/09/18 | 18-20562 | | 6228 VILLA ASHLEY | ARSON |
| 08/09/18 | 18-20523 | | 12021 FLORIDA BLVD | ARSON |
| 08/09/18 | 18-20523 | | 12021 FLORIDA BLVD | ARSON |
| 08/09/18 | 18-20552 | | 362 KIRKLEY PLACE WEST | UNDETERMINED |
| 08/10/18 | 18-20569 | | 13047 FLORIDA #44 | ARSON |
| 08/12/18 | 18-20757 | | 2881 ERIE ST | ARSON |
| 08/19/18 | 18-21487 | | 7201 LONGFELLOW | UNDETERMINED |
| 08/22/18 | 18-21777 | | 4708 TIGERLAND | INCENDIARY |
| 08/26/18 | 18-22169 | | 2281 CAPRI DR | ARSON |
| 08/29/18 | 18-22380 | | 4866 UNDERWOOD AVE | ARSON |
| 08/30/18 | 18-22583 | | 700 N 14TH | ARSON |
| 08/30/18 | 18-22485 | | 535 NEW RAFE MAYER | UNDETERMINED |
| 08/31/18 | 18-22660 | | 1762 EDDIE ROBINSON SR | ARSON |
| 09/01/18 | 18-22690 | | 10950 DARRYL | ARSON |
| 09/01/18 | 18-22696 | | 4888 HOOPER RD #f201 | ARSON |
| 09/01/18 | 18-22685 | | 8280 CYPRESS | INCENDIARY |

All_Fires

| Date | Number | Dist | Address | Classification |
|---|---|---|---|---|
| 09/03/18 | 18-22921 | | 2600 GORDON | ARSON |
| 09/03/18 | 18-22932 | | 1500 SPAIN ST | ARSON |
| 09/05/18 | 18-23125 | | 2200 SPANISHTOWN | ARSON |
| 09/06/18 | 18-23135 | | 2963 GREENWOOD | UNDETERMINED |
| 09/07/18 | 18-23247 | | 1566 HAVENWOOD | ARSON |
| 09/09/18 | 18-23441 | | 1686 SWAN AVE | ARSON |
| 09/12/18 | 18-23744 | | 500 SCENIC HWY | ARSON |
| 09/13/18 | 18-23952 | | 5732 PACKARD ST | UNDETERMINED |
| 09/18/18 | 18-24466 | | 941 BELLHABEN DR | UNDETERMINED |
| 09/18/18 | 18-24401 | | 2631 CONVENTION ST | UNDETERMINED |
| 09/20/18 | 18-24612 | DIST 6 | 5528 CLAIRMOUNT AVE | UNDETERMINED |
| 09/22/18 | 18-24848 | | 1904 NEBRASKA ST | ARSON |
| 09/23/18 | 18-24947 | | 2100 CHERRY ST | ARSON |
| 09/24/18 | 18-24990 | | 7456 L'REECE | INCENDIARY |
| 09/25/18 | 18-25116 | | 1141 CHARLES T SMITH | ARSON |
| 09/26/18 | 18-25132 | | 5134 HAMMOND ST | ARSON |
| 09/28/18 | 18-25308 | | 5134 HAMMOND ST | ARSON |
| 09/29/18 | 18-25396 | | 4838 JEFFERSON | ARSON |
| 09/29/18 | 18-25347 | | 12625 CYNDAL | ARSON |
| 09/30/18 | 18-25504 | ESFD | 14284 FIRETHORN | ARSON |
| 09/30/18 | 18-25491 | ALSEN | 225 OLD RAFE MYER | UNDETERMINED |
| 10/01/18 | 18-25615 | BAKER | 6628 STONEVIEW | ARSON |
| 10/01/18 | 18-25629 | | 9111 INTERLINE AVE | UNDETERMINED |
| 10/02/18 | 18-25680 | | 848 PROGRESS | ARSON |
| 10/04/18 | 18-25869 | | 800 E BUCANAN | ARSON |
| 10/04/18 | 18-25872 | | 2511 OLEANDOR | ARSON |
| 10/06/18 | 18-26196 | DIST 6 | 9368 CEDAR CT | ARSON |
| 10/06/18 | 18-26044 | | 10210 AVE L | UNDETERMINED |
| 10/07/18 | 18-26123 | | 2836 CANONICUS | ARSON |
| 10/08/18 | 18-26199 | | 731 EDUCATION ST | ARSON |
| 10/10/18 | 18-26382 | | 5134 HAMMOND ST | ARSON |
| 10/10/18 | 18-26381 | | 1322 EDDIE ROBINSON SR | ARSON |
| 10/10/18 | 18-26430 | | 2022 LOBDELL | INCENDIARY |
| 10/12/18 | 18-26568 | | 5134 HAMMOND ST | ARSON |
| 10/12/18 | 18-26573 | BAKER | 3402 SINGLETARY DR | ARSON |
| 10/12/18 | 18-26567 | | 2149 N FOSTER | INCENDIARY |
| 10/13/18 | 18-26698 | | 860 N 46TH | ARSON |
| 10/15/18 | 18-26941 | | 7267 SEVEN OAKS | INCENDIARY |
| 10/17/18 | 18-27040 | BFVFD | 4900 BLOUNT | ARSON |
| 10/17/18 | 18-27093 | | 222 E BOYD | OTHER |

| Date | Number | Unit | Address | Cause |
|---|---|---|---|---|
| 10/18/18 | 18-27141 | CFD | 4637 E POST OAK | ARSON |
| 10/18/18 | 18-27140 | | 8515 GREENWELL SPRINGS RD | UNDETERMINED |
| 10/22/18 | 18-27957 | | 3535 MOHICAN ST | ARSON |
| 10/30/18 | 18-28296 | | 4400 W BROOKSTOWN | ARSON |
| 10/31/18 | 18-28444 | CHANEYV | 19835 DEER CREEK | ARSON |
| 11/03/18 | 18-28809 | | 5450 PRESCOTT RD | UNDETERMINED |
| 11/04/18 | 18-28892 | | 4555 SUNNYBROOK DR | ARSON |
| 11/07/18 | 18-29174 | | 2025 69TH AVE | UNDETERMINED |
| 11/08/18 | 18-29274 | | 5412 JACKSON AVE | ARSON |
| 11/10/18 | 18-29470 | BFVFD | 17143 PLANK RD | UNDETERMINED |
| 11/11/18 | 18-29487 | | 2717 VALLEY ST | ARSON |
| 11/15/18 | 18-29884 | BAKER | 1302 JOHNSON ST | UNDETERMINED |
| 11/16/18 | 18-30003 | | 2603 BRADLEY RD | ARSON |
| 11/18/18 | 18-30194 | | 2966 WELLER AVE | ARSON |
| 11/19/18 | 18-30266 | | 1839 GEORGIA ST | ARSON |
| 11/24/18 | 18-30700 | | 1866 N FOSTER | ARSON |
| 11/28/18 | 18-31148 | DIST 6 | 7121 POINSETTER DR | UNDETERMINED |
| 11/29/18 | 18-31202 | | 4887 ENTERPRISE | UNDETERMINED |
| 12/04/18 | 18-31742 | | 3911 IROQUOIS | UNDETERMINED |
| 12/05/18 | 18-31896 | | 1306 MAIN ST | ARSON |
| 12/06/18 | 18-31969 | | 12254 LA MARGIE | ARSON |
| 12/10/18 | 18-32336 | | 3811 BRADY | ARSON |
| 12/14/18 | 18-32742 | | 3700 PONTIAC | ARSON |
| 12/14/18 | 18-32750 | BAKER | 708 SINBAD | ARSON |
| 12/16/18 | 18-32864 | | 2714 OSCEOLA ST | ARSON |
| 12/22/18 | 18-33525 | | 255 BEVERLY | OTHER |
| 12/23/18 | 18-33588 | | 7107 INTERLINE | UNDETERMINED |
| 12/28/18 | 18-34185 | | 5958 CADILLAC ST | ARSON |
| 12/29/18 | 18-34287 | | 700 N 16TH ST | ARSON |
| 12/30/18 | 18-34390 | | 4387 EVANGELINE ST | ARSON |
| 12/31/18 | 18-34480 | | 1543 S WOODHAVEN DR | UNDETERMINED |
| 01/03/19 | 19-270 | | 1705 CHIPPEWA ST | ARSON |
| 01/05/19 | 19-517 | | 1124 PROGRESS | UNDETERMINED |
| 01/09/19 | 19-822 | | 11445 BARD AVE | UNDETERMINED |
| 01/09/19 | 19-907 | | 6413 AIRLINE HWY | UNDETERMINED |
| 01/09/19 | 19-882 | | 1616 BRADOCK | UNDETERMINED |
| 01/09/19 | 19-909 | | 923 CROWNWAY | UNDETERMINED |
| 01/13/19 | 19-1188 | | 3627 CANONICUS ST | UNDETERMINED |
| 01/13/19 | 19-1222 | | 10240 JANICE ST LOT 12 | UNDETERMINED |
| 01/18/19 | 19-1715 | | 1865 SWAN AVE | ARSON |

All_Fires

| Date | Number | Dept | Address | Status |
|---|---|---|---|---|
| 01/18/19 | 19-1633 | | 4450 AIRLINE HWY | UNDETERMINED |
| 01/22/19 | 19-2040 | | 2744 GRACIE ST | ARSON |
| 01/23/19 | 19-2072 | | 4911 BRADLEY | ARSON |
| 01/24/19 | 19-2206 | CFD | 16905 FIR AVE | UNDETERMINED |
| 01/29/19 | 19-2703 | | 3613 SYCAMORE | UNDETERMINED |
| 01/29/19 | 19-2648 | | 2552 CITIPLACE | UNDETERMINED |
| 01/31/19 | 19-2801 | | 11112 TAM | ARSON |
| 01/31/19 | 19-2808 | | 5449 PRESCOTT | UNDETERMINED |
| 02/02/19 | 19-3037 | | 445 LOVERS LN | UNDETERMINED |
| 02/03/19 | 19-3120 | | 1827 ARIZONA ST | ARSON |
| 02/04/19 | 19-3233 | | 4025 MONROE AVE | ARSON |
| 02/06/19 | 19-3387 | | 5516 BANYAN TRACE DR | ARSON |
| 02/12/19 | 19-4038 | | 4576 PAIGE ST | UNDETERMINED |
| 02/14/19 | 19-4175 | | 1865 SWAN | ARSON |
| 02/14/19 | 19-4234 | | 4811 SHERWOOD ST | ARSON |
| 02/17/19 | 19-4433 | | 1330 KENTUCKY ST | ARSON |
| 02/17/19 | 19-4453 | | 8762 KINGFISHER | ARSON |
| 02/20/19 | 19-4711 | | 630 ELMER AVE #3 | UNDETERMINED |
| 02/24/19 | 19-5102 | | 9572 MAMMOTH DR | UNDETERMINED |
| 02/25/19 | 19-5252 | | 1057 N 40TH ST | ARSON |
| 02/28/19 | 19-5434 | | 10950 DARRYL DR #292 | ARSON |
| 03/01/19 | 19-5567 | BFVFD | 7125 VILLERE | ARSON |
| 03/01/19 | 19-5520 | | 350 E POLK ST | ARSON |
| 03/02/19 | 19-5695 | ZFD | 20386 SAMUELS LT # A | ARSON |
| 03/06/19 | 19-6005 | | 5084 FAIRFILEDS | UNDETERMINED |
| 03/06/19 | 19-6073 | | 4929 HAMMOND ST | UNDETERMINED |
| 03/08/19 | 19-6166 | | 2500 GORDON | ARSON |
| 03/09/19 | 19-6334 | | 1350 TARA BLVD | ARSON |
| 03/12/19 | 19-6628 | | 2250 N VEGA DR | UNDETERMINED |
| 03/13/19 | 19-6672 | ESFD | 14014 AZALEA PARK | ARSON |
| 03/14/19 | 19-6857 | | 5153 BYRON AV | ARSON |
| 03/17/19 | 19-7119 | | 244 W POLK ST | UNDETERMINED |
| 03/22/19 | 19-7552 | | 2704 N ARDENWOOD DR | UNDETERMINED |
| 03/23/19 | 19-7647 | | 1024 N 29TH ST | UNDETERMINED |
| 03/24/19 | 19-7710 | | 832 S EUGENE ST | ARSON |
| 03/24/19 | 19-7727 | | 400 NICHOLSON DR #1014 | ARSON |
| 03/26/19 | 19-7899 | | 910 S 18TH ST | ARSON |
| 03/28/19 | 19-8197 | | 3238 ELM DR | ARSON |
| 03/29/19 | 19-8286 | | 3228 TOULON DR | ARSON |
| 03/30/19 | 19-8370 | | 775 LAUREL ST | UNDETERMINED |

All_Fires

| Date | Case # | Dept | Location | Classification |
|---|---|---|---|---|
| 04/02/19 | 19-8564 | | 817 N 25TH | UNDETERMINED |
| 04/03/19 | 19-8701 | ZFD | 8465 ZACHARY DEERFORD | UNDETERMINED |
| 04/05/19 | 19-8842 | | 2047 W MAGNA CARTA | OTHER |
| 04/06/19 | 19-8891 | | 3700 E BROOKSTOWN | ARSON |
| 04/08/19 | 19-9085 | | 534 S 16TH | OTHER |
| 04/08/19 | 19-9163 | | 12020 FLORIDA BLVD | UNDETERMINED |
| 04/11/19 | 19-9469 | | 3024 CONLEY AVE | UNDETERMINED |
| 04/12/19 | 19-9515 | | 9900 CHINN | ARSON |
| 04/14/19 | 19-9734 | | 3053 BOOTSIE DR | ARSON |
| 04/17/19 | 19-10030 | CFD | 9680 HOOPER RD | ARSON |
| 04/18/19 | 19-10155 | | 9871 AVE A | ARSON |
| 04/20/19 | 19-10333 | | 3027 BYRON | ARSON |
| 04/20/19 | 19-10346 | | 2556 YAZOO | ARSON |
| 04/23/19 | 19-10569 | | 132 N 22ND | ARSON |
| 04/23/19 | 19-10604 | ESFD | 135 LAFITTE DR | ATTEMPTED ARSON |
| 04/24/19 | 19-10222 | | 3345 MONROE | ARSON |
| 04/25/19 | 19-10727 | | 3544 CONRAD DR | ARSON |
| 05/03/19 | 19-11482 | | 9002 WHITEHALL | INCENDIARY |
| 05/03/19 | 19-11542 | ESFD | 1680 O'NEAL LN | UNDETERMINED |
| 05/06/19 | 19-11767 | | 2555 NAVAJO ST | ARSON |
| 05/06/19 | 19-11781 | | 5523 ROBERTSON | UNDETERMINED |
| 05/11/19 | 19-12270 | | 9900 CHINN | ARSON |
| 05/12/19 | 19-12441 | | 12835 WALLIS | OTHER |
| 05/13/19 | 19-12474 | | 425 W JOHNSON ST | ARSON |
| 05/13/19 | 19-12473 | | 2348 GRACIE ST | UNDETERMINED |
| 05/15/19 | 19-12738 | | 9914 AVE C | UNDETERMINED |
| 05/16/19 | 19-12757 | | 425 W JOHNSON ST | ARSON |
| 05/16/19 | 19-12740 | | 1023 RITTINER DR | UNDETERMINED |
| 05/17/19 | 19-12915 | | 2951 LARK | ARSON |
| 05/19/19 | 19-13027 | | 2918 ONTARIO ST | ARSON |
| 05/20/19 | 19-13115 | | 7174 AIRLINE HWY | ARSON |
| 05/20/19 | 19-13139 | | 1777 GLENMORE | OTHER |
| 05/21/19 | 19-13251 | BAKER | 5510 LAVEY LN | ARSON |
| 05/23/19 | 19-13394 | | 3147 VOSS DR | ARSON |
| 05/24/19 | 19-13509 | | 2941 MONTE SANO | ARSON |
| 05/25/19 | 19-13584 | | 1821 ARIZONA ST | ARSON |
| 05/26/19 | 19-13697 | | 8545 HARRY DR | ARSON |
| 05/28/19 | 19-13903 | | 11641 SHERWOOD HOLLOW | ARSON |
| 05/29/19 | 19-14055 | | 2060 KENTUCKY | UNDETERMINED |
| 05/30/19 | 1914073 | | 817 N 25TH ST | ARSON |

All_Fires

| Date | Case | | Address | Type |
|---|---|---|---|---|
| 06/01/19 | 19-14291 | | 11440 BARD AVE #150 | ARSON |
| 06/02/19 | 19-14326 | | 2418 W ACADIAN HWY W | OTHER |
| 06/03/19 | 19-14440 | CHANEYV | 23191 REAMES RD | UNDETERMINED |
| 06/04/19 | 19-14523 | | 3842 VICTORIA DR | UNDETERMINED |
| 06/06/19 | 19-14800 | | 2037 STEELE BLVD | UNDETERMINED |
| 06/07/19 | 19-14861 | | 4019 LAUREL ST | ARSON |
| 06/08/19 | 19-15046 | | 6344 ARBOR VITAE DR | ARSON |
| 06/09/19 | 19-15131 | | 17112 STRAIN RD | ARSON |
| 06/09/19 | 19-15064 | | 8190 PLANK RD | ARSON |
| 06/12/19 | 19-15392 | | 9155 DELMAR DR | UNDETERMINED |
| 06/14/19 | 19-15549 | | 1957 N ARDENWOOD | INCENDIARY |
| 06/14/19 | 19-15606 | | 1729 MONTE SANO | UNDETERMINED |
| 06/15/19 | 19-15612 | | 2600 FAIRFIELDS | ARSON |
| 06/15/19 | 19-15626 | | 11034 OLD HAMMOND | ARSON |
| 06/15/19 | 19-15628 | | 6810 JEFFERSON HWY | UNDETERMINED |
| 06/16/19 | 19-15759 | | 2250 74TH | UNDETERMINED |
| 06/16/19 | 19-15810 | | 10445 AIRLINE | UNDETERMINED |
| 06/17/19 | 19-15849 | | 19912 FOREST GROVE | INCENDIARY |
| 06/17/19 | 19-15898 | | 7428 RICHIE | INCENDIARY |
| 06/19/19 | 19-16021 | | 10091 AVE B | UNDETERMINED |
| 06/20/19 | 19-16084 | | 11888 OLD HAMMOND | UNDETERMINED |
| 06/20/19 | 19-16184 | | 654 BAIRD | UNDETERMINED |
| 06/21/19 | 19-16195 | | 654 BAIRD | OTHER |
| 06/22/19 | 19-16300 | | 10155 GOODWOOD BLVD | UNDETERMINED |
| 06/24/19 | 19-16469 | | 3144 VOSS DR | ARSON |
| 06/25/19 | 19-16636 | | 855 S FLANNERY APT 332 | ARSON |
| 06/26/19 | 19-16691 | | 6673 VAN GOGH | ARSON |
| 06/27/19 | 19-16815 | | 4535 PAIGE ST | UNDETERMINED |
| 07/02/19 | 19-17206 | | 1632 CARVER | ARSON |
| 07/04/19 | 19-17398 | | 2800 GREENWELL ST | ARSON |
| 07/04/19 | 19-17486 | | 3001 COLLEGE DR | ARSON |
| 07/05/19 | 19-17499 | | 9859 AVE J | ARSON |
| 07/05/19 | 19-17529 | | 1188 ROSENWALD | ARSON |
| 07/05/19 | 19-17599 | | 1251 N ARDENWOOD | UNDETERMINED |
| 07/06/19 | 19-17763 | | 3012 CALUMET ST | ARSON |
| 07/06/19 | 19-17739 | | 2776 SHELDON DR | UNDETERMINED |
| 07/07/19 | 19-17710 | | 229 W JOHNSON ST | ARSON |
| 07/07/19 | 19-17705 | | 10610 FLORIDA BLVD | UNDETERMINED |
| 07/08/19 | 19-17807 | | 1251 N ARDENWOOD | ARSON |
| 07/08/19 | 19-17786 | | 4555 FAIRFIELDS | ARSON |

All_Fires

| Date | Case # | Unit | Address | Cause |
|---|---|---|---|---|
| 07/09/19 | 19-17902 | | 4300 JEFFERSON AVE | ARSON |
| 07/09/19 | 19-17966 | | 2305 SPAIN ST | UNDETERMINED |
| 07/09/19 | 19-17953 | | 3140 FLORIDA BLVD | UNDETERMINED |
| 07/09/19 | 19-17941 | PRIDE | 21350 LIBERTY RD | UNDETERMINED |
| 07/13/19 | 19-18337 | | 5464 LINDEN ST | UNDETERMINED |
| 07/15/19 | 19-18481 | | 843 N 48TH ST | UNDETERMINED |
| 07/16/19 | 19-18599 | | 1957 N ARDENWOOD | ARSON |
| 07/19/19 | 19-18946 | | 1409 STOKLEY PL | UNDETERMINED |
| 07/20/19 | 19-18997 | CFD | 3412 FORT MYERS | ARSON |
| 07/20/19 | 19-19019 | | 2117 SHERWOOD MEADOWS | ARSON |
| 07/21/19 | 19-19130 | DIST 6 | 7350 DAN | ARSON |
| 07/22/19 | 19-19177 | | 1701 DUANE | ARSON |
| 07/23/19 | 19-19274 | | 4367 SHERWOOD | ARSON |
| 07/24/19 | 19-19463 | | 3137 E LAKESHIORE DR | ARSON |
| 07/24/19 | 19-19447 | | 1051 MONET DR | ARSON |
| 07/25/19 | 19-19537 | | 555 E BOYD | ARSON |
| 07/25/19 | 19-19476 | | 2645 FLORIDA | ARSON |
| 07/27/19 | 19-19653 | | 3090 CALUMET ST | ARSON |
| 07/27/19 | 19-19715 | | 923 EXECUTIVE PARK | ARSON |
| 07/29/19 | 19-19822 | | 2245 COLLEGE DR | ARSON |
| 07/29/19 | 19-19825 | | 12152 LEONIDAS DR | ARSON |
| 07/31/19 | 19-20544 | ZFD | 4876 RUSH DR | ARSON |
| 08/01/19 | 19-20118 | CHANEYV | 22500 TUCKER RD | ARSON |
| 08/01/19 | 19-20202 | | 2701 JACKSON AVE | ARSON |
| 08/01/19 | 19-20198 | | 4443 N FOSTER | UNDETERMINED |
| 08/02/19 | 19-20310 | | 2700 MONTE SANO | UNDETERMINED |
| 08/03/19 | 19-20329 | | 2500 LOCKWOOD | ARSON |
| 08/14/19 | 19-21399 | | 725 JOSLIN AVE | ARSON |
| 08/23/19 | 19-22262 | | 1613 BYNUM | ARSON |
| 08/25/19 | 19-22452 | | 6970 PLANK | ARSON |
| 08/26/19 | 19-22652 | | 10637 NORTHDALE | UNDETERMINED |
| 08/28/19 | 19-22913 | BFVFD | 11701 PLANK RD | UNDETERMINED |
| 08/29/19 | 19-22990 | | 1855 KENTUCKY | ARSON |
| 09/01/19 | 19-23329 | | 709 WINN AVE | UNDETERMINED |
| 09/02/19 | 19-23357 | | 2900 POCAHONTAS ST | ARSON |
| 09/03/19 | 19-23448 | | 2645 FLORIDA BLVD | ARSON |
| 09/03/19 | 19-23483 | | 2526 GATES CIRCLE | UNDETERMINED |
| 09/04/19 | 19-23556 | | 5018 BRECKENRIDGE AVE | ARSON |
| 09/04/19 | 19-23659 | DIST 6 | 6515 HANKS | ARSON |
| 09/05/19 | 19-23665 | | 3040 MIDWAY AVE | UNDETERMINED |

All_Fires

| | | | | |
|---|---|---|---|---|
| 09/07/19 | 19-23875 | ALSEN | 674 OLD RAFE MAYER | ARSON |
| 09/08/19 | 19-24067 | | 1249 FIG | UNDETERMINED |
| 09/09/19 | 19-24076 | CFD | 4815 GREEN FOREST | UNDETERMINED |
| 09/10/19 | 19-24263 | | 11445 BARD AVE | ARSON |
| 09/11/19 | 19-24338 | | 7050 RIO DR | ARSON |
| 09/11/19 | 19-24361 | | 11445 BARD AVE | ARSON |
| 09/12/19 | 19-24431 | | 266 W ROOSEVELT ST | ARSON |
| 09/15/19 | 19-24683 | | 10844 KING FISHER | ARSON |
| 09/15/19 | 19-24665 | | 801 HARDING BLVD #274 | UNDETERMINED |
| 09/15/19 | 19-24761 | | 1545 MONTGOMERY DR | UNDETERMINED |
| 09/16/19 | 19-24775 | | 2019 VIRGINIA ST | UNDETERMINED |
| 09/17/19 | 19-24946 | | 11755 NEWSON DR | UNDETERMINED |
| 09/18/19 | 19-24990 | | 4446 JEFFERSON ST | ARSON |
| 09/21/19 | 19-25311 | | 1606 N 46TH ST | ARSON |
| 09/22/19 | 19-25397 | | 2670 BALIS DR | ARSON |
| 09/23/19 | 19-25603 | | 1735 EDDIE ROBINSON | ARSON |
| 09/23/19 | 19-25502 | | 5499 N FLANNERY | ARSON |
| 09/23/19 | 19-25606 | | 4321 WASHINGTON AVE | ARSON |
| 09/24/19 | 19-25706 | DIST 6 | 5659 MATTHEWS ST | INCENDIARY |
| 09/25/19 | 19-25734 | | 4744 JAMESTOWN AVE | ARSON |
| 09/26/19 | 19-25873 | PRIDE | 15040 MILLDALE RD | ARSON |
| 09/26/19 | 19-25838 | | 3571 N FLANNERY | ARSON |
| 09/27/19 | 19-26027 | | 4157 TUSCARORA | INCENDIARY |
| 09/30/19 | 19-26314 | | 1743 CONVENTION | ARSON |
| 09/30/19 | 19-26273 | | 5626 BEECH ST | ARSON |
| 09/30/19 | 19-26283 | | 2621 EATON ST | ARSON |
| 10/02/19 | 19-26490 | | 5315 CADILLAC | ARSON |
| 10/03/19 | 19-26702 | | 5145 EVANGELINE | ARSON |
| 10/04/19 | 19-26799 | | 913 (A) GOOSE ST | UNDETERMINED |
| 10/05/19 | 19-26808 | | 1340 EDDIE ROBINSON SR | ARSON |
| 10/05/19 | 19-26920 | | 3755 WYANDOTTE ST | UNDETERMINED |
| 10/07/19 | 19-27088 | | 1737 LA ANNE #74 | ARSON |
| 10/07/19 | 19-27140 | | 1976 TENNESSEE | UNDETERMINED |
| 10/09/19 | 19-27362 | | 1225 NORTH BLVD | ARSON |
| 10/09/19 | 19-27309 | | 5626 BEECH | ARSON |
| 10/11/19 | 19-27513 | | 613 S 10TH | ARSON |
| 10/11/19 | 19-27517 | | 2965 70TH ST | UNDETERMINED |
| 10/12/19 | 19-27613 | | 2836 CANONICUS | ARSON |
| 10/13/19 | 19-27634 | | 613 S 10TH | ARSON |
| 10/19/19 | 19-28271 | | 10634 PAMELA DR | ARSON |

All_Fires

| Date | Number | Unit | Address | Cause |
|---|---|---|---|---|
| 10/20/19 | 19-28284 | | 5262 ENTERPRISE ST | ARSON |
| 10/20/19 | 19-28296 | | 11600 TAMS DR | ARSON |
| 10/20/19 | 19-28334 | | 1482 CURTIS ST | ARSON |
| 10/26/19 | 19-28888 | | 2042 SOBERS DR | ARSON |
| 10/30/19 | 19-29305 | | 6072 SUMRALL DR | UNDETERMINED |
| 11/01/19 | 19-29465 | | 6844 NELLIE AVE | ARSON |
| 11/04/19 | 19-29823 | | 6100 PLANK RD | ARSON |
| 11/04/19 | 19-29822 | | 1915 MULBERRY | UNDETERMINED |
| 11/05/19 | 19-29959 | | 6250 CORPORATE | INCENDIARY |
| 11/07/19 | 19-30085 | | 9990 AVE J | ARSON |
| 11/08/19 | 19-30233 | | 4428 NORTH BLVD | ARSON |
| 11/09/19 | 19-30348 | | 10974 KINGFISHER AVE | ARSON |
| 11/15/19 | 19-30936 | | 2727 GREENWELL ST | ARSON |
| 11/18/19 | 19-31209 | | 2527 TERRACE | UNDETERMINED |
| 11/18/19 | 19-31250 | BFVFD | 6621 KLEINPETER | UNDETERMINED |
| 11/18/19 | 19-31187 | CHANEYV | 23546 HUGGINS LN | UNDETERMINED |
| 11/23/19 | 19-31700 | | 1964 THOMAS H DELPIT | UNDETERMINED |
| 11/24/19 | 19-31834 | DIST 6 | 6612 MERRYDALE | UNDETERMINED |
| 11/25/19 | 19-32116 | ZFD | 18139 BARRETT RD | ARSON |
| 11/25/19 | 1931853 | ESFD | 16546 STRAIN RD | UNDETERMINED |
| 11/26/19 | 19-32056 | | 2965 SENECA | UNDETERMINED |
| 11/27/19 | 19-32075 | | 1822 SPANISH TOWN | ARSON |
| 11/27/19 | 19-32130 | | 2518 N 25TH ST | UNDETERMINED |
| 11/29/19 | 19-32252 | | 2020 N 3RD ST | ARSON |
| 11/29/19 | 19-32245 | | 3736 WASHINGTON AVE | UNDETERMINED |
| 12/01/19 | 19-32443 | | 201 THIRD ST | ARSON |
| 12/03/19 | 19-32624 | | 1249 SWART ST | ARSON |
| 12/05/19 | 19-32884 | | 5560 FAIRFIELDS | ARSON |
| 12/09/19 | 19-33143 | ALSEN | OLD SCENIC/SCEENIC | INCENDIARY |
| 12/12/19 | 19-33456 | | 6936 HIGHLAND | UNDETERMINED |
| 12/14/19 | 19-33693 | CFD | 13553 LOVETT RD | UNDETERMINED |
| 12/15/19 | 19-33806 | | 2400 ADAMS AVE | ARSON |
| 12/16/19 | 19-33908 | | 6372 W CYRUS AVE | UNDETERMINED |
| 12/21/19 | 19-34340 | | 4743 FLORIDA | ARSON |
| 12/22/19 | 19-34391 | | 1430 ASTER | UNDETERMINED |
| 12/23/19 | 19-34462 | | 962 COLUMBUS DUNN | INCENDIARY |
| 12/26/19 | 19-34761 | | 6151 PLANK RD | INV |
| 12/27/19 | 19-34837 | | 4100 GERONIMO | ARSON |
| 12/27/19 | 19-34839 | | 3198 CHAROLETTE DR | ARSON |
| 12/27/19 | 19-34846 | ZFD | 6265 HONEYLOCAST | INCENDIARY |